EXHIBIT A

# EXHIBIT A: INDEX OF STATE COURT PLEADINGS FOR NEW YORK COUNTY INDEX NO.: 158256/2019

1. Summons & Complaint, filed August 23, 2019

2. Affidavit of Service of Summons & Complaint, filed September 13, 2019