**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SOUTHWEST MARINE AND GENERAL
INSURANCE COMPANY, and HANJO
CONTRACTORS, INC.,

                       Plaintiffs,

       -against-                                     19 **CIVIL** 8857 (ER)

                                                                           **JUDGMENT**

UNITED SPECIALTY INSURANCE
COMPANY,

                       Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 22, 2022, the plaintiffs' motion for summary judgment is DENIED and judgment is entered in favor of United Specialty. United Specialty's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      June 24, 2022

                                                                      **RUBY J. KRAJICK**
                                                                       _____
                                                                       **Clerk of Court**

                                        **BY:**       *K. Mango*
                                                                        _____
                                                                       **Deputy Clerk**